THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 23-0074-RSM |
| Plaintiff, | ) ) | ORDER TO EXTEND SELF-SURRENDER DATE |
| v. | ) ) | |
| DION J. COOPER, | ) ) | |
| Defendant. | ) ) | |

THIS COURT has reviewed Dion Cooper's motion to extend his self-surrender date along with the records in this case.

IT IS ORDERED that the date by which Dion Cooper is to report to the Bureau of Prisons is extended from February 5, 2025, to March 12, 2025.

DATED this 5th day of February 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Dion Cooper

ORDER TO EXTEND SELF-SURRENDER DATE
(*United States v. Cooper*, CR23-0074-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100